1          HONORABLE RONALD B. LEIGHTON

2

3

4

5                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
6                         AT TACOMA

7
UNITED STATES OF AMERICA, on its
8   own behalf and as trustee on behalf of the          Case No. C01-0809 RBL
Lummi Nation,

9
                    Plaintiffs,                         ORDER VACATING JUDGMENT AND
10                                                      ORDERING ENTRY OF JUDGMENT
           v.                                          UNDER FED. R. CIV. P. 54(b)
11
KEITH E. MILNER and SHIRLEY A.
12   MILNER,

13                  Defendants.
   _____
14   UNITED STATES OF AMERICA, on its
own behalf and as trustee on behalf of the
15   Lummi Nation,

16                  Plaintiff,

17         v.

18   MARY D. SHARP,

19                  Defendant.
   _____
20   UNITED STATES OF AMERICA, on its
own behalf and as trustee on behalf of the
21   Lummi Nation,

22                  Plaintiff,

23         v.

24   BRENT C. NICHOLSON and MARY K.
NICHOLSON,

25
                    Defendants.
26   _____

27

28

   ORDER
   Page - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation,

              Plaintiffs,

      v.

HARRY F. CASE,

              Defendant.

UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation,

              Plaintiff,

      v.

IAN C. BENNETT and MARCIA A. BOYD,

              Defendants.

UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation,

              Plaintiff,

      v.

DONALD C. WALKER and GLORIA WALKER,

              Defendants.

THE LUMMI NATION,

              Intervenor-Plaintiff.

     This matter is before the Court on the Government's Motion to Set Aside the Judgment [Dkt. # 337] entered by the Clerk of the Court on April 25, 2005 [ Dkt. # 327].  As the Government correctly points out, the Court's Order of April 20 [Dkt. #326] (upon which the Judgment is based) did not purport to, and did not, resolve all issues among all parties before the court in this action.  The Defendants do not dispute this.  The Court's Order was not a Final Order and the Judgement [Dkt. #327] was entered erroneously.  It is therefore **WITHDRAWN**.

1    However, it is apparent (and neither party disputes) that the issues adjudicated by the April 20

2  Order (relating to the Nicholsons' violation of the Clean Water Act) are readily severable from the

3  remaining claims against the remaining defendants.  The Government has indicated that it is moving toward

4  resolution of its claims against the other defendants, but to date no resolution has been announced to the

5  court.  There is no reason for the Nicholsons to await some future resolution of those claims while the

6  various Orders affecting their use of their property are in place, and while they are in fact paying some

7  rental as a condition of keeping their defense structure in place.  The court therefore EXPRESSLY FINDS

8  that there is no just reason for delaying entry of a Final Judgment as to the Government's claims against the

9  Nicholsons, and EXPRESSLY ORDERS that such a judgment be entered by the Clerk.

10

11    Dated this 6th day of June, 2005.

12

13    _____
      RONALD B. LEIGHTON

14    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 3