HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation,<br><br>Plaintiff,<br><br>v.<br><br>KEITH E. MILNER and SHIRLEY A. MILNER, et al,<br><br>Defendants,<br><br>THE LUMMI NATION,<br><br>Intervenor-Plaintiff. | Case No.  C01-0809 RBL<br><br>STIPULATION FOR ORDER DIRECTING ENTRY OF JUDGMENT UNDER FRCP 54(b); ORDER THEREON |

Because the United States has voluntarily dismissed its Third Claim for Relief against Mary D. Sharp, Keith E. Milner and Shirley A. Milner, Ian C. Bennett and Marcia A. Boyd and no other claims against these defendants remain unresolved, Plaintiff, Plaintiff-Intervenor, and all Defendants agree that there is no just reason for delaying the entry of judgment and, therefore, request that judgment be entered pursuant to FRCP 54 (b) in favor of Plaintiff United States and Plaintiff-Intervenor Lummi Indian Nation against only Mary D. Sharp, Keith E. Milner and Shirley A. Milner, Ian C. Bennett and Marcia A. Boyd. The claims of the United States against Defendant Harry Case are resolved by a separate settlement

agreement and stipulation for order of dismissal which was filed with the Court on August 30, 2005. The claims of the United States and the Lummi Indian Nation against Donald Walker and Shirley Walker remain pending before the Court and judgment should not be entered as to those defendants.

IT IS SO STIPULATED this 31st day of August 2005.

JOHN McKAY
United States Attorney

By:
   Brian C. Kipnis
   Assistant United States Attorney
   Attorneys for Plaintiff,
   United States of America


   GROEN STEPHENS & KLINGE LLP

By:
   Richard M. Stephens, WSBA #21776
Attorneys for Defendants,
Mary D. Sharp, Keith E. Milner and Shirley A. Milner,
Brent C. Nicholson and Mary K. Nicholson, and
Ian C. Bennett and Marcia A. Boyd


BRETT & DAUGERT PLLC


By: *See Attached Signature Page*
   Larry Daugert, WSBA #4634
   Attorney for Defendants,
   Harry F. Case and
   Donald and Shirley Walker


RAAS, JOHNSEN & STUEN, P.S.

By: *See Attached Signature Page*
   Harry L. Johnsen, WSBA #4955
   Attorney for Intervenor-Plaintiff, Lummi Nation

**ORDER**

Upon the stipulation of the parties, and it appearing to the Court that there is no just reason for delay, IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff United States of American and Plaintiff-Intervenor Lummi Indian Nation against only Mary D. Sharp, Keith E. Milner and Shirley A. Milner, Ian C. Bennett and Marcia A. Boyd.

DATED this 2nd day of September, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE