HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation,<br><br>        Plaintiffs,<br><br>        v.<br><br>KEITH E. MILNER and SHIRLEY A. MILNER,<br><br>        Defendants.<br>_____<br>UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation,<br><br>        Plaintiff,<br><br>        v.<br><br>MARY D. SHARP,<br><br>        Defendant.<br>_____<br>UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation,<br><br>        Plaintiff,<br><br>        v.<br><br>BRENT C. NICHOLSON and MARY K. NICHOLSON,<br><br>        Defendants.<br>_____ | Case No. C01-0809 RBL<br><br>ORDER DENYING DEFENDANTS' MOTION FOR FEES UNDER THE EAJA |

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | HARRY F. CASE, |
| 6 | Defendant. |
| 7 | UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation, |
| 8 | |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | IAN C. BENNETT and MARCIA A. BOYD, |
| 12 | Defendants. |
| 13 | UNITED STATES OF AMERICA, on its own behalf and as trustee on behalf of the Lummi Nation, |
| 14 | |
| 15 | Plaintiff, |
| 16 | v. |
| 17 | DONALD C. WALKER and GLORIA WALKER, |
| 18 | |
| 19 | Defendants. |
| 20 | THE LUMMI NATION, |
| 21 | Intervenor-Plaintiff. |

This matter is before the court on Defendants' Motion for Reconsideration. [Dkt. #399] The Court has reviewed and considered the Motion. The issue has been well-briefed and well-argued.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling [Dkt. #393].

ORDER
Page - 2

1   Defendants' Motion for Reconsideration [Dkt. #399] is DENIED.

2   Dated this 16th day of December, 2005.

     /s/ Ronald B. Leighton
     RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE